RECEIVED
IN LAKE CHARLES, LA
AUG 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAMES O'REAR** | : | **DOCKET NO. 2:05 CV 0086** |
| **VS.** | : | **JUDGE MINALDI** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the motion for summary judgment filed by Paul Revere Life Insurance Company [doc. 16] is GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20 day of August, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT